IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EDWIN C JOHNSON,<br>*Plaintiff*<br><br>-vs-<br><br>DOES 1 THROUGH 100,<br>*Defendant* | § § § § § § § § § | SA-22-CV-01006-XR |

### DISMISSAL ORDER

Plaintiff Edwin C. Johnson filed his Complaint on September 14, 2022 against Equifax Information Services, LLC ("Equifax") and Does 1 through 100. ECF No. 1.

On February 22, 2023, Plaintiff voluntarily dismissed his claims against Equifax, and the parties filed a Rule 41 stipulation of dismissal. ECF No. 12.

Plaintiff's settlement did not expressly include the claims against the Doe Defendants. However, those defendants have not been identified nor served, and thus the Court **DISMISSES** the claims against the Doe Defendants without prejudice pursuant to Rule 4(m).

The Clerk is therefore **DIRECTED** to **CLOSE** this case as no claims or parties remain.

It is so **ORDERED**.

SIGNED this 27th day of February, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE